IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | White Sr, Joseph | Case Number: 07 B 05046 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 11/27/07 | Filed: 3/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 15, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 350.00 |  |
| Secured: |  | 90.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 241.09 |
| Trustee Fee: |  | 18.91 |
| Other Funds: |  | 0.00 |
| Totals: | 350.00 | 350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,464.00 | 241.09 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 320.59 | 90.00 |
| 4. | AMC Mortgage Services Inc | Secured | 8,000.00 | 0.00 |
| 5. | Numark Credit Union | Unsecured | 1,352.09 | 0.00 |
| 6. | B-Real LLC | Unsecured | 306.76 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,282.81 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 446.43 | 0.00 |
| 9. | B-Real LLC | Unsecured | 897.73 | 0.00 |
| 10. | Chase Manhattan Mortgage Corp | Secured | | No Claim Filed |
| 11. | Chase | Unsecured | | No Claim Filed |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| 13. | First Card | Unsecured | | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 15. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 16. | GEMB | Unsecured | | No Claim Filed |
| 17. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 18. | US Cellular | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,070.41 | $ 331.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 18.91 |
| | _____ |
| | $ 18.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** White Sr, Joseph | Case Number: 07 B 05046 |
| | Judge: Hollis, Pamela S |
| Printed: 11/27/07 | Filed: 3/21/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_